DARRYL M. WOO (CSB No. 100513)
E-Mail: dwoo@fenwick.com
VIRGINIA K. DEMARCHI (CSB No. 168633)
E-mail: vdemarchi@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
E-Mail: irubel@fenwick.com
CAROLYN C. CHANG (CSB No. 217933)
E-Mail: cchang@fenwick.com
MASHHOOD RASSAM (CSB No. 240834)
E-Mail: mrassam@fenwick.com
LAUREN WHITTEMORE (CSB No. 255432)
E-Mail: lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants and
Counterclaimants
MAGNA ENTERTAINMENT CORP. and
XPRESSBET, INC.

FENWICK & WEST LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ODS TECHNOLOGIES, L.P., d/b/a TVG NETWORK, a Delaware limited partnership, and ODS PROPERTIES, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>MAGNA ENTERTAINMENT CORPORATION, a Delaware corporation; ~~HRTV, INC., a California corporation~~; and XPRESSBET, INC., a Delaware corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-03265 DDP (RCx)<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

1    Plaintiffs, ODS Technologies, LP and ODS Properties, Inc. (collectively,

2    "ODS") and Defendants, Magna Entertainment Corp. and XpressBet, Inc.

3    (collectively, "MEC"), by and through their attorneys, respectfully submit this Joint

4    Stipulation of Dismissal.  In accordance with a formal Settlement Agreement that

5    resolves all claims between ODS and MEC in the above-captioned action, ODS and

6    MEC have agreed to dismiss, and ODS hereby dismisses with prejudice, all claims

7    for patent infringement asserted or that could have been asserted in this action

8    based on U.S. Patent Nos. 5,830,068, 6,004,211, 6,089,981, 6,554,709, 7,229,354,

9    and any patents that exist now or may in the future from which any of the

10   aforementioned patents claim priority, directly or indirectly, including all such

11   claims against MEC and/or HRTV LLC.  Also pursuant to said Settlement

12   Agreement, MEC hereby dismisses, without prejudice, all defenses and

13   counterclaims asserted against ODS in this action.

14          Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1), ODS and MEC hereby

15   stipulate to said dismissals with each party to bear its own attorneys' fees,

16   expenses, and costs.

17

18   Dated:  June 14, 2010              FENWICK & WEST LLP

19

20                                      By:  /s/ Darryl M. Woo

21                                           Darryl M. Woo

22                                      Attorneys for Defendants
                                        and Counterclaimants
23                                      MAGNA ENTERTAINMENT CORP.,
                                        and XPRESSBET, INC.

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated:   June 14, 2010                    HOGAN LOVELLS U.S. LLP

                                          By:  _/s/ Amy M. Gallegos_
                                               Amy M. Gallegos

                                          Attorneys for Plaintiffs
                                          ODS TECHNOLOGIES, L.P., d/b/a
                                          TVG NETWORK and ODS
                                          PROPERTIES, INC.