1  DARRYL M. WOO (CSB No. 100513)
   E-Mail:  dwoo@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB No. 168633)
   E-mail:  vdemarchi@fenwick.com
3  ILANA S. RUBEL (CSB No. 221517)
   E-Mail:  irubel@fenwick.com
4  CAROLYN C. CHANG (CSB No. 217933)
   E-Mail:  cchang@fenwick.com
5  MASHHOOD RASSAM (CSB No. 240834)
   E-Mail:  mrassam@fenwick.com
6  LAUREN WHITTEMORE (CSB No. 255432)
   E-Mail:  lwhittemore@fenwick.com
7                                                              JS-6
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:  (415) 875-2300
   Facsimile:    (415) 281-1350
10

11 Attorneys for Defendants and
   Counterclaimants
12 MAGNA ENTERTAINMENT CORP. and
   XPRESSBET, INC.

13                  UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                      WESTERN DIVISION

16
   ODS TECHNOLOGIES, L.P., d/b/a TVG     Case No. CV 07-03265 DDP (RCx)
17 NETWORK, a Delaware limited
   partnership, and ODS PROPERTIES,       **ORDER DISMISSING ENTIRE**
18 INC., a Delaware corporation,          **ACTION PURSUANT TO**
                                          **STIPULATION**
19                  Plaintiffs,

20       v.

21 MAGNA ENTERTAINMENT
   CORPORATION, a Delaware corporation;
22 HRTV, INC., a California corporation; and
   XPRESSBET, INC., a Delaware
23 corporation,

24                  Defendants.

25
   AND RELATED COUNTERCLAIMS.
26

27

28

1    Pursuant to the parties' Joint Stipulation of Dismissal [Dkt. No. 397], the

2   Court hereby dismisses with prejudice all claims for patent infringement asserted or

3   that could have been asserted in the above-captioned action by ODS Technologies,

4   LP and ODS Properties, Inc. based on U.S. Patent Nos. 5,830,068, 6,004,211,

5   6,089,981, 6,554,709, 7,229,354, and any patents that exist now or may in the

6   future from which any of the aforementioned patents claim priority, directly or

7   indirectly, including all such claims against Magna Entertainment Corp.,

8   XpressBet, Inc. and/or HRTV LLC.  Also pursuant to the parties' Joint Stipulation

9   of Dismissal, the Court hereby dismisses, without prejudice, all defenses and

10  counterclaims asserted against ODS Technologies, LP and ODS Properties, Inc. in

11  this action.

12    The foregoing thus disposes of the entire action, and the Clerk of the Court is

13  directed to close the file.  Each party shall bear its own attorneys' fees, expenses

14  and costs.

15

16  IT IS SO ORDERED.

17

18

    Dated:  June 15, 2010     By:   _____

19                                  The Honorable Dean D. Pregerson
                                    United States District Judge
20                                  Central District of California

21

22

23

24

25

26

27

28

2